# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| YURY SPEKTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM and DOROTHE MIDDLEBROOK III, ABC COMPANIES 1-10 and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No. 08-4081 (JAG)<br><br>**ORDER**<br>**CLOSED** |

**GREENAWAY, JR., U.S.D.J.**

    This matter comes before this Court on a motion to dismiss for lack of personal jurisdiction, and for failure to state a claim, by Defendants, William Middlebook III and Dorothe Middlebook, (collectively, "Defendants"), against Plaintiff, Yury Spektor, ("Plaintiff"), pursuant to FED. R. CIV. P. 12(b)(1), and FED. R. CIV. P. 12(b)(2), respectively (incorrectly styled, pursuant to FED. R. CIV. P. 12(b)(6)). This Court having reviewed the submissions of the parties,

    IT IS on this 29th day of January, 2009,

    ORDERED that Defendants' motion to dismiss the Complaint, for lack of personal jurisdiction (Docket Entry No. 5), pursuant to FED. R. CIV. P. 12(b)(2), is granted; and it is further

    ORDERED that Defendants' motion to dismiss the Complaint, for failure to state a claim (Docket Entry No. 5), pursuant to FED. R. CIV. P. 12(b)(1), is denied, as moot; and it is further

ORDERED that a copy of this order be served on all parties within seven (7) days of this Order.

       S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.